THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. VROMAN, Appellant

(Appeal from Judgment of Allegany County Court, Sprague, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN A. ATKINSON, Appellant

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Attempted Murder, 2nd Degree.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.